1. Where a shareholder of a corporation demands in writing an inspection of his shareholder lists in order to communicate with other shareholders "regarding the affairs of the corporation", he states a specific purpose which is reasonable and proper in the absence of any evidence to the contrary by the corporation seeking to excuse its failure to comply with that demand. (Section 1701.37 (C), Revised Code, applied.)

2. When a shareholder of a corporation makes written demand for an inspection and copy of its shareholder lists and states a specific purpose for the demand, which on its face is not improper or unreasonable, the corporation has the burden of proving the contrary in order to excuse its failure to comply with that demand. (Section 1701.37 (C), Revised Code, applied.)

Judgment affirmed.

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert and Brown, JJ., concur.

38863. The State, ex rel. Richard B. Kay, appellant v. Roy F. McMahon, Judge, et al., appellees. Cuyahoga County. Appeal from the Court of Appeals. Judgment affirmed. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39197. The State, ex rel. Nelson Bryant, et al. v. Liquor Control Comm. et al. In Mandamus. Demurrer to petition sustained on second ground. Ten days given to plead further.

39233. Edgar G. Cook v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39242. Charles V. Johnson v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39252. Paul Lamonge v. E. L. Maxwell, Warden. In Habeas Corpus. Petitioner remanded to custody. Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.

39313. Robert L. Curry, appellant v. Ford Motor Company et al., appellees. Hamilton County. Appeal from the Court of Appeals. Dismissed sua sponte, no substantial constitutional question involved. Taft, C. J., Zimmerman, Matthias, O'Neill and Brown, JJ., concur.

39323. Thomas Hudzik, appellee v. Roger Alcorn, appellant. Mahoning County.

39246. Ralph D. Hower, appellant v. Board of Education, Toledo City School District, appellee. Lucas County.

39293. The H. D. B. Corp., appellee v. The Walter E. Schott Co., appellant. Hamilton County.

39302. Director of Highways, appellant v. Anna I. Wyles et al., appellees. Stark County.

39313. Robert L. Curry, appellant v. Ford Motor Company et al., appellees. Hamilton County.

39320. The State, ex rel. David J. Fullbright, appellee v. Vincent Beckman et al., appellants. Hamilton County.

39425. Molly Washington et al., appellees v. The Great Atlantic & Pacific Tea Co., appellant. Stark County.

39352. City of Columbus, appellant v. Joseph J. Nappi, appellee. Franklin County. To dismiss appeal. Overruled.

39353. The State of Ohio, appellant v. Joseph J. Nappi, appellee. Franklin County. To dismiss appeal. Overruled.

39417. The State of Ohio, appellee v. Lawrence James Jones, appellant. Stark County. To dismiss appeal. Overruled.

39418. The State of Ohio, appellee v. George William Taylor, appellant. Stark County. To dismiss appeal. Overruled.

39419. The State of Ohio, appellee v. Van Robert Taylor, appellant. Stark County. To dismiss appeal. Overruled.

39043. The State, ex rel. Harold C. Foreman, appellant v. Common Pleas Court of Logan County et al., appellees. Logan County.

39270. The State of Ohio, appellee v. Joseph C. Murray, appellant. Montgomery County.

